In Re: DANIEL SCOTT DEVRIES  KAREN LAVONNE DEVRIES

Case Number: DG11-04785  *00/ A*

Proceeds of uncashed check issued in this case in which the final distribution was made more than 90 days earlier. Unclaimed Funds

Original Payee:

VERICREST FINANCIAL INC
715 S METROPOLITAN AVE
OKLAHOMA CITY, OK  73108-

Account Number: 7019 - MTG 318 54TH ST

Check Amount:   $ 5,930.66

Date: May 14, 2012

Brett N. Rodgers, Trustee
50 Louis St NW Ste 700
Grand Rapids, MI  49503

```
            UNITED STATES
          BANKRUPTCY COURT
         WESTERN DISTRICT OF MICHIGAN
              GRAND RAPIDS DIVISION

         # 249799      - ST

             May 15, 2012
              14:36:18


            UNCLAIMED FUNDS
              11-04785
     Debtor.: DANIEL SCOTT DEVRIES
     Judge..: SCOTT W. DALES
     Trustee: JOHN PORTER
     Amount.:              $5,930.66 CH
     Check#.: 739539



          Total->   $5,930.66



     FROM: RODGERS
```

