# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan (Grand Rapids)

| | |
|---|---|
| IN RE: | Case No.: 1:11-bk-4785 |
| Debtors: Daniel Scott DeVries and Karen LaVonne DeVries | Loan Number (Last 4): 5128 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fay Servicing, LLC | Vericrest Financial, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |
| 939 W North Ave. | Court Claim # (if known): 20 |
| Ste. 680 | Amount of Claim: $94,521.72 |
| Chicago, IL 60642 | Date Claim Filed: 10/06/2011 |
| Phone: 312-780-0011 | Last Four Digits of Acct #: 7019 |
| Last Four Digits of Acct #: 5128 | |

Name and Address where transferee payments should be sent (if different from above):

939 W North Ave.
Ste. 680
Chicago, IL 60642

Phone:   312-780-0011

Last Four Digits of Acct #:   5128

Transfer Effective: May 01, 2012

| By: | /s/ Bridgette Callahan | Date: | August 30, 2012 |
|---|---|---|---|
| | Associate Attorney | | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-cb9d6bae-b8ca-4e2b-ad18-c597a59f908a