**Form DEFREJ** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Daniel Scott DeVries**<br>318 54th Street SW<br>Grand Rapids, MI 49548<br>SSN: xxx–xx–9424<br>**Karen LaVonne DeVries**<br>318 54th Street SW<br>Grand Rapids, MI 49548<br>SSN: xxx–xx–9570<br><br>**Debtor(s)** | **Case Number 11–04785–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF DEFECTIVE FILING

The Bankruptcy Court has recently received documents for filing which the Clerk has determined to be defective. The documents are identified below. The document(s) are being rejected without filing (or if electronically filed no action will be taken) pursuant to the authority given to the Clerk of this Court by Local Rule #5005–2(b):

- ☐ The fee required pursuant to 28 U.S.C. § 1930 in the amount of $ was not received or was deficient for the following reason:
    - ☐ payment was received in the wrong amount.
    - ☐ a personal check was sent to us which we cannot accept.
    - ☐ the check was not signed.
    - ☐ other:
- ☑ The documents which were to be filed are for a case which is now closed. (Case closed on 08/24/2012 ) You may wish to file a Motion to Reopen this case in order to file your pleading. The Motion must be accompanied by a $ 260.00 filing fee or a Request for a Waiver of this fee.
- ☐ The documents which were intended to be filed are for a case which does not exist in this Court.
- ☐ The document(s) intended for filing with this court were received via facsimile without obtaining prior judicial approval. See LBR 5005–1(b)
- ☐ Other

Documents rejected are: Notice of Transfer of Claim

**Dated:** September 4, 2012

/S/_____
DANIEL M. LAVILLE
Clerk of Court

Notice of defective filing was served on: Fay Servicing, LLC